UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Angelina Codina,

       Petitioner,

v.                                                                                                      Civil No. 06-4048 (JNE/FLN)
                                                                                                   ORDER

Michael Chertoff, Secretary of the
United States Department of Homeland
Security; Mark Cangemi, Director of
Detention and Removal, Minnesota
District, United States Immigration and
Customs Enforcement; and Pat Carr, Jail
Commander of Sherburne County Jail,

       Respondents.

This case is before the Court on a Report and Recommendation issued by the Honorable Franklin L. Noel, United States Magistrate Judge, on April 25, 2007. The magistrate judge recommended that Petitioner's petition for a writ of habeas corpus be dismissed. Petitioner objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.      Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Docket No. 1] is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 30, 2007

                                                          s/ Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge